COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Com-

plaint of LENA TOBIAS, Respondent, v. JOSEPH STANISLAUS, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed, with costs. Order denying motion for a new trial affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.